**Brian K. CHISHOLM, Plaintiff–
Appellant,**

v.

**Jonny SUMLIN; Richard Brazzel;
Sergeant Ellison, Defendants–
Appellees.**

No. 06–30881
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 29, 2007.

Brian K. Chisholm, Winnfield, LA, pro
se.

Steven M. Oxenhandler, Gold, Weems,
Bruser, Sues & Rundell, Alexandria, LA,
for Defendants–Appellees.

Before JOLLY, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Brian K. Chisholm, Louisiana prisoner
# 323477, moves for leave to proceed in
forma pauperis (IFP) on appeal. The dis-
trict court denied Chisholm's IFP motion
and certified that the appeal was not taken
in good faith. By moving for IFP, Chis-
holm is challenging the district court's cer-
tification. *Baugh v. Taylor,* 117 F.3d 197,
202 (5th Cir.1997).

Chisholm filed a 42 U.S.C. § 1983 com-
plaint and claims for declaratory and in-
junctive relief against Union Parish Deten-
tion Center (UPDC) officials alleging that:
(1) UPDC officials confiscated his legal
books and failed to return them, thus de-

priving him of his property without due
process of law, (2) UPDC kitchen staff
violated his rights under the Free Exer-
cise Clause of the First Amendment by
giving him meals that were prepared in
violation of his Muslim faith.

However, Chisholm's claims do not in-
volve legal points arguable on their merits.
*See Howard v. King,* 707 F.2d 215, 220
(5th Cir.1983) (internal quotations and cita-
tions omitted); *Baugh,* 117 F.3d at 202.
Accordingly, Chisholm's motion to proceed
IFP is DENIED and his appeal is DIS-
MISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.